THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING   EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Russell Montgomery, Appellant.
 
 
 

Appeal From Orangeburg County
 Edward B. Cottingham, Circuit Court Judge

Unpublished Opinion No. 2005-UP-285
Submitted April 1, 2005  Filed April 20, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Dudek, of Columbia, for Appellant.
Attorney General Henry D. McMaster, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Robert Douglas Robbins, of Summerville, for Respondent.
 
 
 

PER CURIAM:  Russell Montgomery (Appellant) was convicted of kidnapping and strong-arm robbery.  The trial court sentenced Appellant to consecutive terms of twenty years in prison for kidnapping and fifteen years in prison for strong-arm robbery.  
On appeal, counsel for Appellant has filed a final brief along with a petition to be relieved as counsel.  Appellant has not filed a pro se response.  After a thorough review of the record pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.          
APPEAL DISMISSED.[1]
GOOSLBY, HUFF, and STILWELL, JJ., concur.

[1]  This case is decided without oral argument pursuant to Rule 215, SCACR.